FILED
2008 Jun-18 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SANDREW DOSS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:05-cv-02105-RBP-HGD |
| | ) |
| DONAL CAMPBELL, et. al., | ) |
| | ) |
|       Defendants. | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 6, 2008, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to

be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this 18th day of June, 2008.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**